UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAP INDY, LLC and MSI LYNHURST INDIANAPOLIS GROCERY, LLC, <br><br>    Plaintiffs, <br><br>v. <br><br>ZURICH AMERICAN INSURANCE COMPANY, <br><br>    Defendant. | CASE NO. 1:19-cv-04657-JRS-MJD |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs RAP Indy, LLC and MSI Lynhurst Indianapolis Grocery, LLC ("RAP Indy") and defendant, Zurich American Insurance Company ("Zurich"), hereby jointly stipulate to the following:

1. The Parties have settled all claims and defenses remaining in this action.

2. RAP Indy's complaint against Zurich shall be dismissed *with prejudice*.

3. Each Party shall bear its own attorney fees, costs, and expenses.

WHEREFORE, the Parties now voluntarily stipulate that the Court dismiss RAP Indy's complaint *with prejudice*, costs paid and each party to bear their own attorneys' fees, costs, and expenses.

Respectfully submitted,


/s/ Brett E. Nelson
Brett E. Nelson, #22096-53
Tonya J. Bond, #24802-49
Nicholas J. Bognanno, #35744-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
Fax: 317.534.3506
bnelson@psrb.com
tbond@psrb.com
nbognanno@psrb.com

*Counsel for Plaintiffs Rap Indy, LLC and MSI Lynhurst Indianapolis Grocery, LLC*

/s/ *James M. Hoey*
James M. Hoey (admitted *pro hac vice*)
Terry L. Welch (admitted *pro hac vice*)
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe St., Ste. 1800
Chicago, IL 60603
Tel: 312.322.9900
Fax: 312.322.9977
twelch@nzalaw.com
jhoey@nzalaw.com

Dennis F. Cantrell, #10794-49
KATZ KORIN CUNNINGHAM
The Emelie Building
334 N. Senate Ave.
Indianapolis, IN 46204
Tel: 317.464.1100
Fax: 317.464.1111
dcantrell@kkclegal.com

-and-


*Counsel for Zurich American Insurance Company*

2

## CERTIFICATE OF SERVICE

The foregoing was filed electronically on October 28, 2021. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

>Dennis F. Cantrell
>Katz Korin & Cunningham
>dcantrell@kkclegal.com
>
>-and-
>
>Terry L. Welch
>James M. Hoey
>Nielsen, Zehe & Antas, P.C.
>twelch@nzalaw.com
>jhoey@nzalaw.com
>
>*Counsel for Defendant Zurich American Insurance Company*

/s/ Brett E. Nelson