UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAP INDY, LLC and MSI LYNHURST INDIANAPOLIS GROCERY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 1:19-cv-04657-JRS-MJD |

**ORDER OF DISMISSAL OF ALL REMAINING CLAIMS WITH PREJUDICE**

This matter came before the Court on the Joint Stipulation of Dismissal with Prejudice filed herein by Plaintiffs, RAP Indy, LLC and MSI Lynhurst Indianapolis Grocery, LLC. The Court, being duly advised in the premises now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that all remaining claims and defenses in this matter are dismissed, with prejudice, costs paid, and each party to bear their own attorneys' fees, costs, and expenses.

SO ORDERED.

Date: 10/29/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF